| | | | |
|---|---|---|---|
| | AUSA: | ROY R. KRANZ | Telephone: (989) 895-5712 |
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Agent: | PHIL MATA, BIA | Telephone: (989) 775-4700 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE PREMISES KNOWN AS 7183 BELLEVUE DR.,<br>MOUNT PLEASANT, MICHIGAN | ) ) ) ) ) ) | Case No.   1:21-mc-50471<br>Judge: Ludington, Thomas L.<br>Filed: 04-07-2021 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____.
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By: *s/ Kristen Castaneda*
> Deputy

**YOU ARE COMMANDED** to execute this warrant on or before   April 21, 2021   *(not to exceed 14 days)*
[✓] in the daytime 6:00 a.m. to 10:00 p.m.   [ ] at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

[ ] Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   [ ] for _____ days *(not to exceed 30)*   [ ] until, the facts justifying, the later specific date of _____.

Date and time issued:   April 7, 2021   9:24 am                                    _____/s/_____
                                                                                                                      Judge's signature

City and state:   Bay City, Michigan                                        Patricia T. Morris,   U. S. Magistrate Judge
                                                                                                              *Printed name and title*

## ATTACHMENT A

### Location to Be Searched

The residence located at 7183 Bellevue Dr., Mount Pleasant, Michigan, including any outbuildings, vehicles, persons located at the premises.

The residence is more fully described as:

7183 Bellevue Dr. Chippewa Twp. located within the exterior boundaries of the Saginaw Chippewa Indian Tribe. 7183 Bellevue is described as a tri level house located on the north side on Bellevue Dr. with white colored vinyl siding and dark gray shutters, a dark gray front door, and a two-stall attached garage. Having the number 7183 attached on the tan plastic mailbox located in front of the residence. The front part of the house faces the south. There is a black Lincoln Navigator in the driveway that has no license plate and an unreadable VIN. Also to include any vehicles or out buildings within the curtilage of the property for 7183 Bellevue Dr.



7

## ATTACHMENT B

Items to be seized:

a. Firearms, including but not limited to handguns, pistols, revolvers, rifles, shotguns, and other weapons;

b. Any firearm accessories or ammunition;

c. Any iPads;

d. Any cellular telephones;

e. Any evidence related to the death of James Gordon Osawabine Sr.;

f. Any security devices including but not limited to cameras and security footage storage devices;

g. Proof of residency.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-MC-50471 | 4-7-21  1000 AM | LEFT AT SEARCH SITE |

Inventory made in the presence of:
OFC LATTER, OFC MERRILL

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED LIST

PNM
TU36

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-7-21

Phil at TU36
*Executing officer's signature*

PHIL MATA    D/SGT
*Printed name and title*

| SAGINAW CHIPPEWA INDIAN TRIBE TRIBAL COURT CRIMINAL DIVISION | RETURN AND TABULATION | CASE NO. COMPLAINT NO. 21TP00412 |
|---|---|---|

Search was made  4/7/21 @ 1000  and the following property was seized:
Date and Time

1. IPAD - Hallway floor in front of bathroom
2. Iphone - NW Bedroom
3. Security Camera Hardrive - NW Bedroom
4. Wallet w/ ID, SS card, Tribal ID - Victims Back pocket.
5. ~~Bag of~~ misc ammo - NW Bedroom
6. ~~Sm bag of~~ Ammo - Living Room, Back of couch.
7. Ammo in Basement (misc) - Laundry Room
8. Cigarettes in yard (west)
9. Pellett rifle in kitchen "Bear River" .177 cal.
10. 410 gauge New England Firearms Partner model single shot shot gun Serial NS366600. Loaded w/ one slug NW Bedr
11. 12 gauge Rossi single shot shot gun Serial ~~6250~~ SP032704, Basement Laundry Room
12. Brass knuckles - west kitchen counter
13. Cell Phone found near victim (white)
14. Cell Phone found on Living Room Table (Black/tan)

Officer

Copy of affidavit, warrant, and tabulation: ☐ Served on  04/07/21     ☒ Left at search site.

Tabulation filed:
       Date

FS-37 (4/2020)
MICHIGAN STATE POLICE
Forensic Science Division

*Lab Number: GR21-1445    Page 5 of 7

### Evidence Collected

| *Item # | *Description & Location | *Date | *Collected by | *Lab Analysis |
|---|---|---|---|---|
| L-1 | RBS from floor near 2nd floor stairway | 4/7/21 | Shelden | DNA |
| L-2 | RBS from N wall in 2nd floor stairway | 4/7/21 | Shelden | DNA |
| L-3 | RBS from S wall in 2nd floor stairway | 4/7/21 | Shelden | DNA |
| L-4 | RBS from S wall opposite 2nd floor bathroom | 4/7/21 | Shelden | DNA |
| L-5 | S&W 38 special cal revolver (6-shot) model to be 5/3/21 rk found under the victim | 4/7/21 | Karsten | DNA/FA |
| L-6 | 2 FCC's & 4 unfired cartridges from cylinder in L-5 | 4/7/21 | Karsten | FA |
| L-7 | lead bullet from inside front closet | 4/7/21 | Karsten | FA |
|  | Serial # D671213 - added 4-14-21 RK  Model corrected to 10-5 5/3/21 rk |  | Unit changed from DNA to biology in report 5/3/21 rk |  |

**Disposition of Evidence** (only needed on last page if multiple pages of evidence tables)

☐ No analysis       ☐ All evidence     ☐ Not all, mark no analysis evidence with "N/A" above
☐ Transfer at scene ☐ All evidence     ☐ Not all, mark transferred evidence with "TOT" above

Date/Time evidence transfer:
Person transferring evidence:                     Signature:
Person receiving evidence:                        Signature:

**CRIME SCENE RESPONSE TEAM**
Please note that not all fields in this form are required or necessary for all situations. Typical required fields are marked with an asterisk.